IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-10293
_____


GWENDA BROWN; ET AL,

                                        Plaintiffs,

GWENDA BROWN,

                                        Plaintiff-Appellant,

                        versus

UNITED STATES OF AMERICA,
Department of the Treasury,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(97-CV-159)
_____

January 13, 2003


Before HIGGINBOTHAM and DAVIS, Circuit Judges, and HUDSPETH[*],
District Judge.

PER CURIAM:[**]

        AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

        [*] District Judge of the Western District of Texas, sitting by
designation.

        [**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.